

1401 New York Avenue, NW     Tel:  202.662.8600
Suite 400                                    Fax: 202.783.0857
Washington, DC 20005-2124    www.lawyerscommittee.org

March 30, 2017

Honorable Brian P. Kemp
Secretary of State
Georgia Department of State
214 State Capitol
Atlanta, GA 30334

Re:      Non-compliance with the National Voter Registration Act of 1993

Dear Secretary Kemp:

We write on behalf of the Georgia State Conference of the NAACP, the eligible
voters it represents, and others similarly situated, to notify you that your office
and the State of Georgia are in violation of Section 8 of the National Voter
Registration Act of 1993 (NVRA), 52 U.S.C. § 20507.  Section 8(a)(1) of the
NVRA requires that each state shall "ensure that any eligible applicant is
registered to vote in an election" if the applicant has registered to vote "not later
than the lesser of 30 days, or the period provided by State law, before the date of
the election."  52 U.S.C. § 20507(a)(1).

A person is registered to vote under Section 8 when "the valid voter registration
form of the applicant" is: (1) "submitted to the appropriate State motor vehicle
authority" in accordance with 52 U.S.C. §20504 (registration by application
simultaneous with an application for a motor vehicle driver's license); (2)
submitted by postmarked mail in accordance with 52 U.S.C. §20505; (3)
"accepted at the voter registration agency" in accordance with 52 U.S.C. §20506;
or (4) otherwise "received by the appropriate State election official."  52 U.S.C.
§§ 20507(a)(1)(A)–(D).  *See also Arizona Democratic Party v. Reagan*, No. CV-
16-03618-PHX-SPL, 2016 WL 6523427, at *13, *16 (D. Ariz. Nov. 3, 2016)
(holding that the Arizona Secretary of State violated the NVRA because the
deadline to register by postmarked mail was 31 days before an election and the
deadline to register in-person at the MVD was 32 days before an election).

The NVRA defines "election" with reference to the Federal Election Campaign
Act of 1971 (FECA).  52 U.S.C. § 20502(1) (citing 52 U.S.C. § 30101(1)(A)).
FECA defines "election" as "a general, special, primary, or runoff election."  *Id*.
Elections for federal office are defined so as to include those for a
"Representative in… Congress."  52 U.S.C. § 30101(3).  Not only does the
FECA's definition of the term "election" specifically include runoff elections, the
Tenth Circuit has construed the NVRA's definition of "election" broadly, finding

EXHIBIT A

Co-Chairs
John M. Nonna
James P. Joseph

Secretary
Eleanor H. Smith

Treasurer
Andrew W. Kentz

General Counsel
Nicholas T. Christakos

President and
Executive Director
Kristen Clarke



1401 New York Avenue, NW    Tel:  202.662.8600
Suite 400                                Fax: 202.783.0857
Washington, DC 20005-2124    www.lawyerscommittee.org

*Co-Chairs*
John M. Nonna
James P. Joseph

*Secretary*
Eleanor H. Smith

*Treasurer*
Andrew W. Kentz

*General Counsel*
Nicholas T. Christakos

*President and
Executive Director*
Kristen Clarke

that the NVRA "applies expressly to all federal general and primary elections, including presidential elections." *Fish v. Kobach*, 840 F.3d 710, 719 n. 7 (10th Cir. 2016). In *Janvey v. Democratic Senatorial Campaign Comm.*, 793 F. Supp. 2d 825 (N.D. Tex. 2011), the district court noted that, when enacting FECA, Congress chose to adopt the Senate version's broader definition of "election" that included primary and other nominating elections. *Id*. at 844 n. 26.

The NVRA's clear mandate directly conflicts with Georgia law. To be eligible to vote in a Georgia election, individuals must apply to register to vote by the fifth Monday prior to Election Day. O.C.G.A. § 21-2-224(b). Both the Georgia Constitution and the Georgia Code treat runoff and special runoff elections as continuations of the initial election when a candidate fails to receive a majority of the votes. In particular, Article II of the Georgia Constitution provides:

> A run-off election shall be a continuation of the general election and only persons who were entitled to vote in the general election shall be entitled to vote therein; and only those votes cast for the persons designated for the runoff shall be counted in the tabulation and canvass of the votes cast.

GA. CONST. art. II, § II, para. II. Additionally, Title 21 of the Georgia Code requires that voters register by the initial election deadline in order to be able to vote in runoff elections:

> The run-off primary, special primary runoff, run-off election, or special election runoff shall be a continuation of the primary, special primary, election, or special election for the particular office concerned. Only the electors who were duly registered to vote and not subsequently deemed disqualified to vote in the primary, special primary, election, or special election for candidates for that particular office shall be entitled to vote therein…

O.C.G.A. § 21-2-501(a).

The upcoming Georgia Sixth Congressional District special election exemplifies how the above-mentioned provisions of Georgia law violate the NVRA. Under state law, if there is a runoff election to decide the winner of the contest for Georgia's Sixth Congressional District on June 20, 2017, the registration deadline for that election would be March 20, 2017. *See* Exhibit 1. Section 8(a)(1) of the NVRA, however, provides that individuals who register between March 21 and May 21, 2017, are eligible to vote in a runoff election held on June 20, 2017. Failing to comply with the NVRA would result in numerous eligible citizens



1401 New York Avenue, NW      Tel: 202.662.8600
Suite 400                      Fax: 202.783.0857
Washington, DC 20005-2124      www.lawyerscommittee.org

*Co-Chairs*
John M. Nonna
James P. Joseph

*Secretary*
Eleanor H. Smith

*Treasurer*
Andrew W. Kentz

*General Counsel*
Nicholas T. Christakos

*President and*
*Executive Director*
Kristen Clarke

being denied the opportunity to cast a ballot that will count in that runoff election, if it is held.

Please be advised that this letter serves as written notice pursuant to 52 U.S.C. § 20510(b). These violations of Section 8 of the NVRA are current and ongoing. We are, of course, hoping that an amicable resolution can be reached swiftly. Please contact the undersigned to resolve this matter.

Sincerely,

Kristen Clarke
President and Executive Director
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue, NW, Suite 400
Washington DC 20005-2124
www.lawyerscommittee.org

CC:

Russell D. Willard, Esq.
Senior Assistant Attorney General
Cristina Correia, Esq.
Assistant Attorney General
40 Capitol Square Sw
Atlanta, GA  30034

C. Ryan Germany, Esq.
General Counsel
Georgia Department of State
214 State Capitol
Atlanta, GA 30334

 HOME  CORPORATIONS  ELECTIONS LICENSING SECURITIES CHARITIES

Search

VOTER INFO. ▼    RESULTS & STATS ▼    CANDIDATE INFO. ▼    COUNTY & AGENCY ▼

 **2017 ELECTIONS AND VOTER REGISTRATION CALENDAR**

**ELECTIONS AND VOTER REGISTRATION CALENDAR**

**2017 ELECTION EVENT DATES:**

| Elections | Voter Registration Deadline | Election Date |
|---|---|---|
| Special Election Date to Fill Vacancies & Present Questions | February 21, 2017 | March 21, 2017 |
| Special Election Runoff Date | February 21, 2017 | April 18, 2017 |
| 6th Congressional District Special Election Date | March 20, 2017 | April 18, 2017 |
| 6th Congressional District Special Election Runoff Date (if needed) | March 20, 2017 | June 20, 2017 |
| Special Election Date to Fill Vacancies | May 22, 2017 | June 20, 2017 |
| Special Election Runoff Date | May 22, 2017 | July 18, 2017 |
| Special Election Date to Fill Vacancies | August 21, 2017 | September 19, 2017 |
| Special Election Runoff Date | August 21, 2017 | October 17, 2017 |
| General Election/Special Election Date to Fill Vacancies & Present Questions | October 10, 2017 | November 7, 2017 |
| General Election/Special Election Runoff Date | October 10, 2017 | December 5, 2017 |

**2017 KEY DATES:**

| | |
|---|---|
| January 6, 2017 | Deadline to Mail or Issue Absentee Ballots for Federal Runoff. O.C.G.A. § 21-2-384(a) |

EXHIBIT 1

Key Election Dates and Information

Military and Overseas Voting

Register to Vote

Where do I vote? (MVP)

**QUICK LINKS**

| | |
|---|---|
| 6TH CONGRESSIONAL DISTRICT SPECIAL ELECTION INFORMATION | 2016 Certified Write-In Candidate Vote Totals |
| Information for Pending Voters | Vote for Success: Behind the Scenes |
| Proposed Constitutional Amendments | Voter Registration Drive |
| State Election Board | Online Complaints |
| Stop Voter Fraud | Great Seal |
| Vote Safe | FAQs |
| iVote - Students / Educators | Advance Voting Info. |
| Intent to Tabulate Early | GA Voter ID Info. |
| Non-GA Resident Voter Information | Voter Information Videos |
| Elections Advisory Council | 2017 Official Directory |

**LATEST ELECTIONS NEWS**

6TH CONGRESSIONAL DISTRICT SPECIAL ELECTION INFORMATION
Wednesday, March 15th 2017

EIGHT CANDIDATES QUALIFY FOR STATE SENATE DISTRICT 32 RACE