IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>STATE OF GEORGIA and BRIAN P. KEMP, in his official capacity as Secretary of State for the State of Georgia,<br><br>      Defendants. | CIVIL ACTION FILE<br><br>NUMBER 1:17-cv-1397-TCB |

## **O R D E R**

On Thursday, April 20, 2017, Plaintiffs filed this voting-rights lawsuit and an emergency motion for a preliminary injunction [2]. Having reviewed the motion, the Court finds that Plaintiffs' requests for expedited consideration and oral argument is warranted. Accordingly, the Court orders as follows:

Defendants shall file their brief in opposition to Plaintiffs' emergency motion by Friday, April 28, 2017 at noon. Plaintiffs' reply

brief is due Tuesday, May 2, by 5:00 p.m. Defendants may file a sur-reply brief by 9:00 p.m. on Wednesday, May 3.

Oral argument on the motion will be held on Thursday, May 4, 2017, at 2:00 p.m. in Courtroom 2106 of the Atlanta Courthouse.

IT IS SO ORDERED this 24th day of April, 2017.

_____
Timothy C. Batten, Sr.
United States District Judge