IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC., as an organization; PROGEORGIA STATE TABLE, INC., as an organization; THIRD SECTOR DEVELOPMENT, INC., as an organization; ASIAN AMERICANS ADVANCING JUSTICE – ATLANTA, INC., as an organization, JILL BOYD MYERS, an individual,<br><br>        Plaintiffs,<br><br>v.<br><br>STATE OF GEORGIA; and BRIAN P. KEMP, in his official capacity as Secretary of State for the State of Georgia,<br><br>        Defendants. | Civil Action<br>Case No. 1:17-cv-01397-TCB<br><br><br>**PLAINTIFFS' SECOND CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

1

(a) Plaintiff Georgia State Conference of the NAACP, Francys Johnson, President, 100 Edgewood NE, Suite 1610, Atlanta, Ga. 30303; Parent Corporation: National Association for the Advancement of Colored People, Cornell William Brooks, CEO, 4805 Mt. Hope Drive, Baltimore, Md. 21215.

(b) Plaintiff Georgia Coalition for the Peoples' Agenda, Inc., Dr. Joseph E. Lowery, CEO, Helen Butler, Executive Director, 100 Edgewood, NE, Suite 1008, Atlanta, Ga. 30303.

(c) Plaintiff Third Sector Development, Inc., Stacey Abrams, CEO, 165 Courtland St., Suite A-231, Atlanta, Ga, 30303; New Georgia Project is program of Third Sector Development, Inc., Nse Ufot, Executive Director, 100 Edgewood NW, Suite 1510, Atlanta, Ga. 30303.

(d) Plaintiff ProGeorgia State Table, Inc., Page Gleason, CEO and Executive Director, 1530 Dekalb Ave., Suite A, Atlanta, GA, 30307.

(e) Plaintiff Asian Americans Advancing Justice – Atlanta, Inc., Stephanie Cho, CEO, 6040 Unity Drive, Suite E, Norcross, Ga, 30071.

(f) Plaintiff Jill Boyd Myers, an individual, 482 The North Chace NE, Sandy Springs, Georgia.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

This litigation could substantially affect the voting rights of any Georgia citizen who is otherwise eligible to vote in a runoff election for federal office but would be denied the right to vote by GA. CONST. art. II, §II, ¶II and O.C.G.A. ¶ 21-2- 501(a).

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Bryan L. Sells
Georgia Bar No. 635562
The Law Office of Bryan Sells, LLC
PO Box 5493
Atlanta, Georgia 31107
Tel: (404) 480-4212
Email: bryan@bryansellslaw.com

Ira M. Feinberg *(pro hac vice application filed)*
New York Bar No. 1403849
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
Tel:  (212) 918-3509
Email:  ira.feinberg@hoganlovells.com

Jonathan Abram *(pro hac vice application filed)*
District of Columbia Bar No. 389896
Paul M. Wiley *(pro hac vice application filed)*
Virginia Bar No. 89673
Hogan Lovells US LLP

3

Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004
Tel: (202) 637-5600
Email: jonathan.abram@hoganlovells.com
Email: paul.wiley@hoganlovells.com

Ezra D. Rosenberg *(pro hac vice application filed)*
New Jersey Bar No. 012671974
Julie Houk *(pro hac vice application filed)*
California Bar No. 114968
John Powers *(pro hac vice application filed)*
District of Columbia Bar No. 1024831
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue NW, Suite 400
Washington, D.C. 20005
Tel: (202) 662-8600
Email: erosenberg@lawyerscommittee.org
Email: jhouk@lawyerscommittee.org
Email: jpowers@lawyerscommittee.org

Respectfully submitted this 25th day of April, 2017,

s/ Bryan L. Sells
Bryan L. Sells
Georgia Bar No. 635562
The Law Office of Bryan Sells, LLC
PO Box 5493
Atlanta, Georgia 31107
Tel: (404) 480-4212
Email: bryan@bryansellslaw.com

Ira M. Feinberg *(pro hac vice application filed)*
New York Bar No. 1403849
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022

Tel:  (212) 918-3509
Email:  ira.feinberg@hoganlovells.com

Jonathan Abram *(pro hac vice application filed)*
District of Columbia Bar No. 389896
Paul M. Wiley *(pro hac vice application filed)*
Virginia Bar No. 89673
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004
Tel: (202) 637-5600
Email: jonathan.abram@hoganlovells.com
Email: paul.wiley@hoganlovells.com

Ezra D. Rosenberg *(pro hac vice application filed)*
New Jersey Bar No. 012671974
Julie Houk *(pro hac vice application filed)*
California Bar No. 114968
John Powers *(pro hac vice application filed)*
District of Columbia Bar No. 1024831
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue NW, Suite 400
Washington, D.C. 20005
Tel:  (202) 662-8600
Email: erosenberg@lawyerscommittee.org
Email: jhouk@lawyerscommittee.org
Email: jpowers@lawyerscommittee.org

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., as an organization; PROGEORGIA STATE TABLE, INC., as an organization; and THIRD SECTOR DEVELOPMENT, INC., as an organization; and ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA, INC., as an organization; JILL BOYD MYERS, an individual,<br><br>   Plaintiffs,<br><br>v.<br><br>STATE OF GEORGIA and BRIAN P. KEMP, in his official capacity as Secretary of State for the State of Georgia,<br><br>   Defendants. | Civil Action<br>Case No. 1:17-cv-01397-TCB |

## CERTIFICATE OF SERVICE

I hereby certify that I provided notice and a copy of the foregoing

**PLAINTIFFS' SECOND CERTIFICATE OF INTERESTED**

**PERSONS AND CORPORATE DISCLOSURE STATEMENT** using the

1

CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

CRISTINA CORREIA Assistant Attorney General
JOSIAH B. HEIDT Assistant Attorney General
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334

        This 25th day of April, 2017,

By:  */s/ Bryan L. Sells*
     Bryan L. Sells
     Georgia Bar No. 635562
     The Law Office of Bryan L. Sells, LLC
     Post Office Box 5493
     Atlanta, Georgia 31107-0493
     Phone:  (404) 480-4212
     bryan@bryansellslaw.com