# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **GEORGIA STATE CONFERENCE OF THE NAACP, et al.,** | * | |
| | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | **CA No. 1:17cv01397-TCB** |
| **v.** | * | |
| | * | |
| **STATE OF GEORGIA and BRIAN KEMP, in his official capacity as Secretary of State for the State of Georgia,** | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| **Defendants.** | * | |

## NOTICE OF APPEARANCE

COMES NOW Cristina Correia, Assistant Attorney General, and hereby makes an entry of appearance on behalf of the State of Georgia.  Counsel can be reached at:

> Office of the Attorney General
> 40 Capitol Square, SW
> Atlanta, Georgia 30334
> Telephone:  (404) 656-7063
> Facsimile:   (404) 651-9325
> E-Mail: ccorreia@law.ga.gov

Respectfully submitted,

CHRISTOPHER M. CARR
Attorney General                    112505

DENNIS R. DUNN            234098
Deputy Attorney General

RUSSELL D. WILLARD   760280
Senior Assistant Attorney General

/s/Cristina Correia
CRISTINA CORREIA        188620
Assistant Attorney General

JOSIAH B. HEIDT            104183
Assistant Attorney General

Attorneys for Defendant

Please address all
Communication to:
CRISTINA CORREIA
Assistant Attorney General
40 Capitol Square SW
Atlanta, GA  30334
ccorreia@law.ga.gov
404-656-7063
404-651-9325

## Certificate of Service

I hereby certify that on April 28, 2017, I electronically filed this Notice of Appearance using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Julie Houk
> John Powers
> Ezra Rosenberg
> Lawyers' Committee for Civil Rights
>   Under Law
> 1401 New York Avenue, Suite 400
> Washington, DC  20005
>
> Bryan Sells
> Law Office of Bryan Sells, LLC
> P.O. Box 5493
> Atlanta, GA  31107-0493

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  NONE

This 28th day of April, 2017.

/s/Cristina Correia
Cristina Correia          188620
Assistant Attorney General